OPINION — AG — ** GAS OR OIL LEASES — ESTATE — EXECUTORS ** (1) THE SALE OF AN OIL OR GAS LEASE FROM A DECEDENT'S ESTATE IS 'NOT' SUBJECT TO THE PROVISIONS OF 58 O.S. 426 [58-426] (2) THE TERM "NOT DISPROPORTIONATE" IN 58 O.S. 926 [58-926] MEANS NOT BEING IN PROPORTION TO. (SALE, PUBLICATION IN A NEWSPAPER, NOTICE TO HEIRS — LEGATEES AND DEVISEES, REAL ESTATE, REAL PROPERTY, LEASE, HIGHEST BIDDER) CITE: 58 O.S. 419 [58-419], 58 O.S. 424 [58-424], 58 O.S. 926 [58-926], 58 O.S. 426 [58-426] (PROBATE PROCEDURES) (JOHN D. ROTHMAN)